

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00056-CV

NERISSA GAINES                                                    APPELLANT

V.

BRIAN HARDWICK                                                    APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2016-000041-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 27, 2017, August 29, 2016, and October 7, 2016, we notified appellant that her brief did not comply and her amended brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). In our third letter dated October 7, 2016, we stated that failure to file an amended brief by October 17, 2016, would result in the striking of her

---

[1]*See* Tex. R. App. P. 47.4.

noncompliant brief and dismissal of the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have not received any response.

Because appellant's amended brief has not been filed as directed by this court, we strike the noncompliant brief filed on July 25, 2016, and we dismiss the appeal. *See* Tex. R. App. P. 38.8(a), 42.3(b)–(c), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED: November 17, 2016